**PRO SE CORPORATION**
**PRO SE GOVT.**

**DEFAULT JUDGEMENT**
**WHISTLEBLOWER**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Plaintiff(s): **Robert W. Johnson**
vs.
Defendant(s): **DoubleTree by Hilton Syracuse, et al.**

Civil Case No.: **5:22-cv-407 (GLS/ML)**

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: [X] JURY  [ ] COURT  (Select only one).

FILED MAY - 2 2022
AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: **Robert W. Johnson**
   Address: ~~6301 State Route 298~~ RWJ 04/28/2022
   ~~East Syracuse, NY 13057~~ RWJ 04/28/2022
   112 Court St. Apt. 2; Watertown, NY 13601

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: **DoubleTree by Hilton Syracuse**
   Official Position: Corporation
   Address: 6301 State Route 298
   East Syracuse, NY 13057

Defendants:

Marissa Prasad, Nagib Lakhani, Thomas Olsen, Kelsey Cleary, Kevin Connolly, Jefferson County Department of Social Services, Commissioner Teresa Gaffney, Deborah Labadini, The Workplace, Tracy Eveleigh, M. Burns of Jefferson County DSS, Kathy Hochul, Robert J. Rodriguez & Georgeann Stevenson.

b.  Defendant: Pro se Revmax Hospitality Consulting Services
    Official Position: Corporation
    Address: 10016 Laureate Way
             Bethesda, MD 20814

c.  Defendant: Marissa Prasad
    Official Position: Pro Se Corporation Employee
    Address: 6301 State Route 298
             East Syracuse, NY 13057

Additional Defendants may be added on a separate sheet of paper.

4.                                **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On 04/07/2022 M. Burns, Jefferson County Department of Social Services, Commissioner Teresa Gaffney, Deborah Labadini, The Workplace, Tracy Eveleigh, Kathy Hochul, Robert J. Rodriguez & Georgann Stevenson authorized an action for Robert W. Johnson

d. Nagib Lakhani ; Pro Se Corporation Employee ; 10016 Laureate Way ; Bethesda, MD 20814.

e. Thomas Olsen ; 6301 State Route 298 ; East Syracuse, NY 13057 ; Pro Se Corp. Employee.

f. Kelsey Clearly ; 6301 State Route 298 ; East Syracuse, NY 13057 ; Pro Se Corp. Employee.

g. Kevin Connolly ; 6301 State Route 298 ; East Syracuse, NY 13057 ; Pro Se Corp. Employee.

h. Jefferson County Department of Social Services ; Pro Se Govt. ; 250 Arsenal St. ; Watertown, NY 13601.

i. Commissioner Teresa Gaffney ; Pro Se Govt. Employee ; 250 Arsenal St. ; Watertown, NY 13601.

j. Debora Labadini ; Pro Se Govt. ; 250 Arsenal St. ; Watertown, NY 13601.

k. The WorkPlace ; Pro Se Govt. ; 250 Arsenal St. ; Watertown, NY 13601.

l. Tracy Eveleigh; Pro Se Govt. Employee; 250 Arsenal St.; Watertown, NY 13601.

m. M. Burns; Pro Se Govt. Employee; 250 Arsenal St.; Watertown, NY 13601.

n. Kathy Hochul; State Capitol; Albany, NY 12224.

o. Robert J. Rodriguez; State Capitol; Albany, NY 12224.

p. Georgeann Stevenson; One Commerce Plaza; 99 Washington Ave.; Albany, NY 12231-0001.

## FACTS

4. to receive assistance to meet an immediate need or a special allowance specifying that the above-said can assist with emergency housing if Robert W. Johnson finds a facility that will accept Robert W. Johnson and agency payment. On 04/26/2022 Robert W. Johnson was denied housing/shelter services by DoubleTree by Hilton Syracuse, Revmax Hospitality Consulting Services, Marissa Prasad, Nagib Lakhani, Thomas Olsen, Kelsey Cleary & Kevin Connolly and no valid reasons were given after Robert W. Johnson presented the documents to receive housing/shelter services.

5.  **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

M. Burns, Jefferson County Department of Social Services, Commissioner Teresa Gaffney, Deborah Labadini, The Workplace, Tracy Eveleigh, Kathy Hochul, Robert J. Rodriguez & Georgeann Stevenson breached all contracts and responsibilities.

**SECOND CAUSE OF ACTION**

DoubleTree by Hilton Syracuse, Revmax Hospitality Consulting Services, Marissa Prasad, Naqib Lakhani, Thomas Olsen, Kelsey Cleary & Kevin Connolly denied Robert W. Johnson housing/shelter with no valid reasons after Plaintiff contractual payment records for payment.

**THIRD CAUSE OF ACTION**

Robert W. Johnson was discriminated against by all defendants and denied Due Process Rights with no policy supported documents.

6. **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   $100,000,000.00 for punitive damages; 100% Ownership of DoubleTree by Hilton Syracuse & Revmax Hospitality Consulting Services; All reliefs Just & Proper

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: 04/28/2022

   *Robert W. Johnson*
   Robert W. Johnson
   Signature of Plaintiff(s)
   (all Plaintiffs must sign)

02/2010

I.M.310  **SHELTER VERIFICATION FORM** – *To Be Completed by Landlord Only*  **Please check one:**  **5**
☐ New Move
☐ Add Individual
☐ Rent Increase
☐ Other:

### 1. SHELTER DESCRIPTION

| Grey Area for Agency Use Only | |
|---|---|
| **Violations on Property?** ☐ Yes ☐ No | Tenant Name: _____ |
| If yes, check one: ☐ Stop Rent ☐ Unfit | Address: Street: _____ Apt _____ City: _____ County _____ ZIP: _____ |

**Dwelling Type:** ☐ SHA Public Housing ☐ Facility and # of Bedrooms: ____
☐ Apartment ☐ House ☐ Trailer ☐ Hotel/Motel Room ☐ Other: _____
☐ Room & Board (meals included) ☐ Commercial Rooming House – Are meals included? ☐ Y ☐ N
☐ Room in private home (no meals) – Is any part of rent used by landlord for heat/utilities? ☐ Y ☐ N

### 2. PERSONS RESIDING AT ABOVE ADDRESS/HOUSEHOLD COMPOSITION

"Reference Icon" checked for Street listing? ☐ Yes ☐ No

☐ Tenant of Record Verified Name:: _____

Date Tenant Moved In or Will Move In: _____
Name(s) of Persons(s) Responsible for Paying Rent: _____
Name(s) of Any Other Person(s) Paying Rent: _____
List **All** Persons Living at this Address:   Total Number of Persons: _____

| Names: | Relationship to Tenant: | Date Moved In: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*Use back side if more space is needed to list household members.*

☐ WMS Clearance checked For all NTA HH members.

Contribution Statement needed? ☐ Yes ☐ No

Is the landlord related to anyone listed above? ☐ Yes ☐ No Relationship: _____
Does the landlord live in the same apartment/rental unit as the tenant? ☐ Yes ☐ No
Was a Cash Security Deposit paid by the tenant? ☐ Yes ☐ No If Yes, Amount Paid: _____
Are you requesting a DSS Security Deposit Agreement? ☐ Yes ☐ No For more information see
Renting to a TA Client at: http://www.ongov.net/dss/temporaryassistance.html

### 3. SHELTER EXPENSES

☐ Fuel Type Verified

Fuel Vendor Name: _____

Customer of Service: _____

Heat/Utility Acct. #: _____

Owner verified through ONGOV.net
Owner name: _____

Amount of total monthly rent: $ _____
Is Rent Subsidized? ☐ Yes ☐ No
Subsidy Amt: $ _____
Tenant's Share: $ _____

Is rent paid up-to-date? ☐ Yes ☐ No
If no, for what month(s) does the tenant owe? _____
Amount of rent owed: $ _____
This is for informational purposes only. DSS does not guarantee money owed for back rent.

Landlord requires tenant agree to rent voucher up to maximum grant ☐
Check which of the following **are included** in the rent:
☐ Heat ☐ Air Conditioning ☐ Stove ☐ Refrigerator ☐ Water/Sewer ☐ Electricity
☐ Cooking Fuel ☐ Garbage Collection ☐ Hot Water ☐ Furniture ☐ Other: _____
If heat is **not included** in the rent, check the fuel type used and indicate the vendor: ☐ Oil
☐ Natural Gas ☐ Kerosene ☐ Wood ☐ Electricity ☐ Propane ☐ Coal Vendor: _____
If non-heating utilities are **not included** in the rent, indicate the type of utilities and the vendor:
☐ Electricity: _____ ☐ Cooking Gas: _____ ☐ Water: _____
Does the tenant pay **you** an amount, separate from the rent, for: heat? ☐ Y ☐ N Amount $ _____
Other non-heating utilities? Amount $ _____ Water? ☐ Y ☐ N Amount: $ _____
Does anyone from outside of the household pay all or any part of the rent, fuel or utilities? ☐ Y ☐ N
If yes, please explain: _____
Does anyone perform any services for you for which he/she receives a lower rent? ☐ Y ☐ N

### 4. LANDLORD/OWNER

Collateral Contact

Date: _____

Worker name: _____

Case #: _____

If anyone other than the Property Owner, you MUST supply a copy of the Management Agreement, LLC, Trust or other authorizing paperwork outlining who is authorized to sign and receive rents. The LL Statement will not be processed without this information.

Landlord Name (Please print): _____ Day Phone #: _____
Address: _____
Vendor ID: _____ For tax purposes a W-9 faxed to #435-3590 is required to obtain a Vendor #.
Owner of Property (If different from above): _____
Address: _____ Day Phone #: _____
Signature of Landlord: _____ Date: _____

LDSS-4002 (Rev. 5/16)             PA Only

## ACTION TAKEN ON YOUR REQUEST FOR ASSISTANCE TO MEET AN IMMEDIATE NEED OR A SPECIAL ALLOWANCE

| NOTICE DATE | 04/07/2022 | | NAME AND ADDRESS OF AGENCY/CENTER OR DISTRICT OFFICE |
|---|---|---|---|
| CASE NUMBER | | CIN NUMBER | JEFFERSON COUNTY DSS |
| P138940 | | CR05904Q | HUMAN SERVICES BLDG<br>250 ARSENAL ST STE 2<br>WATERTOWN, NY 13601 |

| CASE NAME (And C/O Name if Present) AND ADDRESS | | |
|---|---|---|
| JOHNSON ROBERT<br>112 COURT STREET APT 2<br>WATERTOWN NY 13601 | GENERAL TELEPHONE NO. FOR QUESTIONS OR HELP | (315) 785-3000 |
| | OR Agency Conference | (315) 785-3000 |
| | Fair Hearing Information and Assistance | (315) 785-3000 |
| | Record Access | (315) 785-3000 |
| | Legal Assistance Information | (877) 777-6152 |

| OFFICE NO. | UNIT NO. | WORKER NO. | UNIT OR WORKER NAME | TELEPHONE NO. |
|---|---|---|---|---|
| | TM2 | 59 | M. BURNS | (315) 785-3298 |

**1.** On 04/07/2022 you asked for help with:
- [ ] A special need of: _____
- [✓] An immediate need of: ASSISTANCE WITH HOMELESSNESS
- [✓] We will help you by:
  - [✓] Meeting your need in the following way: AGENCY CAN ASSIST WTIH EMERGENCY HOUSING IF YOU FIND A FACILITY THAT WILL ACCEPT YOU AND AGENCY PAYMENT.
  - [ ] Doing the following, since this is **not** a need of yours that must be met today: _____
- [ ] If this box is checked, you are responsible for repaying _____ as shown:
  - [ ] This amount must be repaid to us in accordance with the agreement to repay which you signed on _____
  - [ ] You must repay the amount that is more than the DSS shelter maximum of _____ for your family size of ___ for each month of arrears that DSS agreed to pay.
- [ ] We cannot help you because: _____

The LAW(S) AND/OR REGULATION(S) which allows us to do this is 358.1
- [ ] This is a follow-up to our notice to you dated: _____

**2.** On _____ you asked for help with:
- [ ] A special need of: _____
- [ ] An immediate need of: _____
- [ ] We will help you by:
  - [ ] Meeting your need in the following way: _____
  - [ ] Doing the following, since this is **not** a need of yours that must be met today: _____
- [ ] If this box is checked, you are responsible for repaying _____ as shown:
  - [ ] This amount must be repaid to us in accordance with the agreement to repay which you signed on _____
  - [ ] You must repay the amount that is more than the DSS shelter maximum of _____ for your family size of ___ for each month of arrears that DSS agreed to pay.
- [ ] We cannot help you because: _____

The LAW(S) AND/OR REGULATION(S) which allows us to do this is _____
- [ ] This is a follow-up to our notice to you dated: _____

**3.** On _____ you asked for help with:
- [ ] A special need of: _____
- [ ] An immediate need of: _____
- [ ] We will help you by:
  - [ ] Meeting your need in the following way: _____
  - [ ] Doing the following, since this is **not** a need of yours that must be met today: _____
- [ ] If this box is checked, you are responsible for repaying _____ as shown:
  - [ ] This amount must be repaid to us in accordance with the agreement to repay which you signed on _____
  - [ ] You must repay the amount that is more than the DSS shelter maximum of _____ for your family size of ___ for each month of arrears that DSS agreed to pay.
- [ ] We cannot help you because: _____

The LAW(S) AND/OR REGULATION(S) which allows us to do this is _____
- [ ] This is a follow-up to our notice to you dated: _____

**Note:** If you are being approved for a special allowance to meet expenses (such as transportation) necessary to attend education or training programs, this allowance may vary based on your actual attendance in the program. If you do not meet a satisfactory attendance standard or make satisfactory progress in the program, this allowance may be withheld. If your allowance changes, you will get a separate notice telling you this and explaining why.

**Public Assistance** – If you are also applying for public assistance, you will also get a separate notice from us telling you of the decision on your application. If you are getting public assistance and your request for more help is denied, your ongoing public assistance case will not be affected.

**Supplemental Nutrition Assistance Program (SNAP)** – If you get assistance, your household's SNAP benefits may change. If your benefits are changed, you will get a separate notice telling you this and explaining why.

**MEDICAL ASSISTANCE**
- [ ] If you need help with your medical bills, you must apply separately for medical assistance. If you want more information about eligibility for medical assistance, call the phone number listed above.
- [✓] Your medical assistance coverage stays the same.
- [ ] Your application for medical assistance is being reviewed. We will send you our decision within 30 days.

REGULATIONS REQUIRE THAT YOU IMMEDIATELY NOTIFY THIS DEPARTMENT OF ANY CHANGES IN NEEDS, INCOME, RESOURCES, LIVING ARRANGEMENTS OR ADDRESS

Enclosure    YOU HAVE THE RIGHT TO APPEAL THIS DECISION - BE SURE TO READ THE BACK OF THIS NOTICE ON HOW TO APPEAL THIS DECISION

DISTRIBUTION:    White - CLIENT/FAIR HEARING COPY    Yellow – CLIENT COPY    Pink – AGENCY COPY

LDSS-4002 (Rev. 5/16)

| NAME: | ADDRESS: | CASE NUMBER: |
|---|---|---|
| JOHNSON ROBERT | JOHNSON ROBERT<br>112 COURT STREET APT 2<br>WATERTOWN NY 13601 | P138940 |

## CONFERENCE AND FAIR HEARING SECTION - DO YOU THINK WE ARE WRONG?

If you think our decision was wrong, you can ask for a review of our decision. We will correct our mistakes. You can do both 1 and 2:
1. Ask for a meeting (conference) with one of our supervisors;   2. Ask for a State fair hearing with a State hearing officer.

The Office of Temporary and Disability Assistance (OTDA) policy issuances and manuals are posted on the OTDA website at otda.ny.gov/legal. These issuances and manuals are available to you or your representative to determine whether a fair hearing should be requested or to prepare for a fair hearing. In addition, upon request to your local social services district, specific OTDA policy issuances and manuals will also be available to assist you or your representative.

1. **CONFERENCE** (Informal meeting with us) If you think our decision was wrong, or if you do not understand our decision, please call us to set up a meeting. To do this, call the conference phone number on the **front** of this notice or write to us at the address on the **front** of this notice. Sometimes this is the fastest way to solve any problem you may have. We encourage you to do this even when you have asked for a fair hearing.

2. **STATE FAIR HEARING** - You have the following number of days from the date of this notice to ask for a fair hearing:

| BENEFIT AREA | TIME LIMIT |
|---|---|
| Public Assistance, Medical Assistance, Social Services | 60 days |
| SNAP Benefits | 90 days |

If this notice is telling you that you must repay Public Assistance because you signed a repayment agreement, or because the shelter arrears that DSS agreed to pay is more than the DSS shelter maximum, and if you do not agree that you must repay or you do not agree with the amount DSS says you must repay, you must call for a fair hearing. If you do not call for a fair hearing, you cannot claim in the future that any agency's decision that you owe the debt was wrong. The time limit for calling for a fair hearing on the issue of the repayment is the same as the limit for any Public Assistance action this notice is telling you about, 60 days.

**HOW TO ASK FOR A FAIR HEARING:** You can ask for a fair hearing by **mail, by phone, by fax** or **online.**

**Mail:** Send a copy of this notice *completed* to the Office of Administrative Hearings, New York State Office of Temporary and Disability Assistance, P.O. Box 1930, Albany, New York 12201. Please keep a copy for yourself.

☐ I want a fair hearing. I do not agree with the agency's action. (You may explain why you disagree below, but you do not have to include a written explanation.)

_____
_____
_____

**Phone:** 800-342-3334   (PLEASE HAVE THIS NOTICE WITH YOU WHEN YOU CALL).

**Fax:** Fax a copy of the front and reverse of this notice to: **(518) 473-6735** or

**Online:** Complete an online request form at: http://www.otda.ny.gov/oah/forms.asp

If you cannot reach the New York State Office of Temporary and Disability Assistance by phone, by fax or online, please write to ask for a fair hearing before the deadline.

**WHAT TO EXPECT AT A FAIR HEARING:**

The State will send you a notice that tells you when and where the fair hearing will be held.

At the hearing, you will have a chance to explain why you think our decision is wrong. You can bring a lawyer, a relative, a friend or someone else to help you do this. If you cannot come yourself, you can send someone to represent you. If you are sending someone who is not a lawyer to the hearing instead of you, you must give this person a letter to show the hearing officer that you want this person to represent you at the hearing.

At the hearing, you and your lawyer or other representative will have a chance to explain why we are wrong and a chance to give the hearing officer written papers that explain why we are wrong.

To help you explain at the hearing why you think we are wrong, you should bring any witnesses who can help you. You should also bring any papers you have, such as: pay stubs, leases, receipts, bills, doctor's statements.

At the hearing, you and your lawyer or other representative can ask questions of witnesses which we bring or which you bring to help your case.

IF YOUR SITUATION IS EXTREMELY SERIOUS, THE STATE WILL ATTEMPT TO PROCESS YOUR REQUEST FOR A FAIR HEARING AS QUICKLY AS POSSIBLE. IF YOU CALL TO REQUEST A FAIR HEARING, PLEASE BE PREPARED TO EXPLAIN YOUR SITUATION TO THE PERSON WHO ANSWERS THE PHONE. IF YOU WRITE, FAX OR CONTACT US ONLINE INSTEAD, PLEASE BE SURE TO EXPLAIN YOUR SITUATION.

**LEGAL ASSISTANCE:** If you think you need a lawyer to help you with this problem, you may be able to get a lawyer at no cost to you by contacting your local Legal Aid Society or other legal advocate group. For the names of other lawyers, check your Yellow Pages under "Lawyers".

**ACCESS TO YOUR FILE AND COPIES OF DOCUMENTS:** To help you get ready for the hearing, you have a right to look at your case file. If you call or write to us, we will provide you with free copies of the documents from your file that we will give to the hearing officer at the fair hearing. Also, if you call, write or fax to us, we will provide you with free copies of other documents from your file that you think you may need to prepare for your fair hearing. To ask for documents or to find out how to look at your file, call us at the Record Access phone number on the front of this notice or write to us at the address on the front of this notice.

If you want copies of documents from your case file, you should ask for them ahead of time. They will be provided to you within a reasonable time before the date of the hearing. Documents will be mailed to you only if you specifically ask that they be mailed.

**INFORMATION:** If you want more information about your case, how to ask for a fair hearing, how to see your file, or how to get additional copies of documents, call us at the phone numbers on the front of this notice or write to us at the address on the front of this notice.