**PRO SE CORPORATION** — **DEFAULT JUDGEMENT**
**PRO SE GOVT.** — **WHISTLEBLOWER**

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Johnson

### DEFENDANTS
DoubleTree by Hilton Syracuse, Revmax Hospitality Consulting Services,

(b) County of Residence of First Listed Plaintiff: **Jefferson**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Onondaga**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys (Firm Name, Address, and Telephone Number):
112 Court St. ; APT. 2 ;
WATERTOWN, NY 13601

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 2
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

Attorneys (If Known): Pro Se Corporation

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CIVIL RIGHTS** — [X] 443 Housing/Accommodations

## V. ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**Federal Question : Housing Discrimination : Due Process**
Brief description of cause: **Denied Services by Pro Se Corp. & Govt.**

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ **100,000,000.00**
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE ____  DOCKET NUMBER ____

DATE: **04/28/2022**
SIGNATURE OF ATTORNEY OF RECORD: *Robert W. Johnson*

FOR OFFICE USE ONLY
RECEIPT #____  AMOUNT____  APPLYING IFP____  JUDGE____  MAG. JUDGE____

**5:22-cv-407 (GLS/ML)**