# AFFIDAVIT OF SERVICE BY MAIL

State of New York : SS:
County of Jefferson :

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY - 2 2022
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

5:22-cv-407 (GLS/ML)

I, Robert W. Johnson, being duly sworn, deposes and says: that I am the plaintiff herein and served a copy of the following document(s): Civil Coversheet, Civil Rights Complaint & IFP Application (Specify document(s))

on Court Clerk: U.S. Courthouse (Name of person/Addressee)

100 S. Clinton St: Syracuse, NY 13261 (Address to which document(s) were sent)

on 04/28/2022

by mailing and depositing a true and correct copy of said document(s) in a mailbox located at: U.S. Courthouse: U.S. Post Office.

on the following date: 04/28/2022.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 04/28/2022         Robert W. Johnson
                          Signature of Plaintiff